UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA



FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2009 APR 16 AM 10: 23

LORETTA G. WHYTE
CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL DOCKET NO. 09-107 |
| v. | * | SECTION: K(3) |
| TERRENCE JONES | * | VIOLATION: 18 U.S.C. § 371 |
| DENITA FORGES | | |
| ALVIN TUCKER | * | |
| PEGGY KELLY | | |

\* \* \*

## ORDER

Having considered the motion of the United States to unseal the indictment and the motion and order to seal,

**IT IS HEREBY ORDERED** that the Clerk of Court for the Eastern District of Louisiana unseal the indictment and the motion and order to seal in the above-captioned matter.

New Orleans, Louisiana, this 15th day of April 2009.

_____
UNITED STATES ~~DISTRICT~~ JUDGE
MAGISTRATE

Fee _____
Process _____
X Dktd _____
CtRmDep _____
Doc. No. _____